**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYFORD NEWSOME,<br><br>　　　　　　　　Petitioner,<br><br>　　　v.<br><br>MARTIN BITER, Warden,<br><br>　　　　　　　　Respondent. | Case No. EDCV 16-454-SVW (LAL)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: ___June 15, 2017___　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE